PHILLIP A. TALBERT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Oct 18, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br> v. <br><br> Benjamin James Smith, <br><br> Defendant. | CASE NO. 1:24-mj-00119-EPG <br><br> SEALING ORDER <br><br> **UNDER SEAL** |

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: **Oct 18, 2024**

Hon. Erica P. Grosjean
U.S. MAGISTRATE JUDGE

SEALING ORDER