**FILED**
Nov 01, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BENJAMIN JAMES SMITH,<br><br>  Defendant. | CASE NO. 1:24-MJ-00119-EPG<br><br>**ORDER UNSEALING COMPLAINT AND ARREST WARRANT FOR OFFENDER DEFENDANT BENJAMIN JAMES SMITH** |

The United States, having arrested the defendant, BENJAMIN JAMES SMITH, on an arrest warrant and the need for sealing the Complaint and Arrest Warrant as to defendant SMITH has ceased;

IT IS ORDERED that the Complainant and Arrest Warrant shall be unsealed as to defendant.

Dated: **Nov 1, 2024**

*Erica P. Grosjean*
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE