PHILLIP A. TALBERT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN JAMES SMITH,<br><br>Defendant. | CASE NO. 1:24-CR-00263-KES-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>CURRENT DATE: January 8, 2025<br>COURT: Hon. Kirk Sheriff |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and BENJAMIN JAMES SMITH, by and through defendant's counsel of record, Eric Kersten, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 8, 2025.

2. By this stipulation, defendant now moves to continue the status conference to March 12, 2025, and to exclude time between January 8, 2025, and March 12, 2025, under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. While the parties anticipate that the case may resolve without trial, this is not yet a certainty. If defendant ultimately does not enter a guilty plea and decides to proceed to trial, the parties agree and stipulate, and request the court find the following:

   a) The government asserts the discovery in this matter has been provided to counsel.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

The government is aware of its ongoing discovery obligations.

b)  The government is amenable to providing a plea offer if the Defendant makes such a request.

c)  Counsel for the defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

d)  Defense council needs additional time to receive and consult with his client to ensure his client has no other questions before entering is plea.

e)  Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)  The government does not object to the date.

g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 8, 2025 to March 12, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[Remainder of page intentionally left blank.]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 31, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: December 31, 2024

/s/ Eric Kersten
Eric Kersten
Counsel for Defendant

## **ORDER**

IT IS SO ORDERED that the status conference is continued from January 8, 2025, to **March 12, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **January 2, 2025**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE