ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
BENJAMIN SMITH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>BENJAMIN SMITH,<br><br>       Defendant. | Case No. 1:24-CR-00263-KES-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>Date:  July 9, 2025<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

  **IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Luke Baty, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Benjamin Smith, that the status conference scheduled for March 12, 2025 may be continued to July 9, 2025.

  This continuance is requested to allow time for additional investigation trial preparation in Mr. Smith's case. This is necessary to determine whether it is in Defendant's best interest to set the matter for trial or pursue a negotiated resolution.

  The parties agree that all time through the proposed July 9, 2025 status conference hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the delay results from a continuance granted by the Court at the parties' request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                              Respectfully submitted,

                                              MICHELE BECKWITH
                                              Acting United States Attorney

DATED: March 4, 2025                      /s/ *Luke Baty*
                                              LUKE BATY
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: March 4, 2025                      /s/ *Eric V. Kersten*
                                                ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              BENJAMIN SMITH

## **ORDER**

IT IS SO ORDERED that the status conference is continued from March 12, 2025, to **July 9, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **March 5, 2025**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE