1  ERIC V. KERSTEN, CA Bar #226429
   Attorney at Law
2  1125 T Street
   Fresno, CA 93721
3  Telephone: (559) 326-6258
   eric@kerstenlegal.com
4
   Attorney for Defendant
5  BENJAMIN SMITH

6

7             IN THE UNITED STATES DISTRICT COURT

8             EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        Case No. 1:24-CR-00263-KES-BAM

11              Plaintiff,           STIPULATION TO CONTINUE
                                     STATUS CONFERENCE;
12        v.                         ORDER

13 BENJAMIN SMITH,                   Date:  December 10, 2025
                                     Time:  1:00 p.m.
14              Defendant.           Judge: Hon. Barbara A. McAuliffe

15

16

17

18     **IT IS HEREBY STIPULATED** by and between the parties, through their respective

19 counsel, Luke Baty, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten,

20 counsel for defendant Benjamin Smith, that the status conference scheduled for July 9, 2025 may

21 be continued to December 10, 2025.

22     This continuance is requested to allow time for additional investigation trial preparation

23 in Mr. Smith's case. It is also hoped that the *en banc* opinion in *United States v. Jesus Ramiro*

24 *Gomez*, 9th Cir, Case No. 23-435, will be issued by that date as the matter is set for oral

25 argument on September 8, 2025 and the outcome will significantly Mr. Smith's potential

26 advisory guideline range. The continuance is necessary to determine whether it is in Defendant's

27 best interest to set the matter for trial or pursue a negotiated resolution.

28 ///

The parties agree that all time through the proposed December 10, 2025 status conference hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the delay results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

DATED: June 30, 2025

/s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: June 30, 2025

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
BENJAMIN SMITH

**ORDER**

IT IS SO ORDERED that the status conference is continued from July 9, 2025, to **December 10, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 30, 2025**         /s/ Barbara A. McAuliffe
                           UNITED STATES MAGISTRATE JUDGE