ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
BENJAMIN SMITH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN SMITH,<br><br>　　　　　　　　Defendant. | Case No. 1:24-CR-00263-KES-BAM<br><br>AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>Date:　March 25, 2026<br>Time:　1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

    **IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Luke Baty, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Benjamin Smith, that the status conference scheduled for December 10, 2025 may be continued to March 25, 2026.

    This continuance is requested to allow time for additional investigation trial preparation in Mr. Smith's case. It is also hoped that the *en banc* opinion in *United States v. Jesus Ramiro Gomez*, 9th Cir, Case No. 23-435, will be issued by that date as oral argument was conducted on September 8, 2025 and the outcome will significantly affect Mr. Smith's potential advisory guideline range. The continuance is necessary to determine whether it is in Defendant's best interest to set the matter for trial or pursue a negotiated resolution.

///

1    The parties agree that all time through the proposed March 25, 2026 status conference
2    hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
3    and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and
4    the delay results from a continuance granted by the Court at the parties' request on the basis of
5    the Court's finding that the ends of justice served by taking such action outweigh the best interest
6    of the public and the defendant in a speedy trial.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: December 2, 2025          /s/ *Luke Baty*
                                 LUKE BATY
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

                                 HEATHER E. WILLIAMS
                                 Federal Defender

DATED: December 2, 2025          /s/ *Eric V. Kersten*
                                 ERIC V. KERSTEN
                                 Attorney for Defendant
                                 BENJAMIN SMITH

## ORDER

IT IS SO ORDERED that the status conference is continued from December 10, 2025, to **March 25, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:  **December 2, 2025**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE