ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
BENJAMIN SMITH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00263-KES-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| BENJAMIN SMITH, | Date:  May 18, 2026 |
| Defendant. | Time:  9:30 a.m. |
| | Judge: Hon. Kirk E. Sherriff |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Luke Baty, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Benjamin Smith, that the status conference/change of plea hearing scheduled for May 11, 2026, may be continued to May 18. 2026, or the soonest day thereafter convenient to the court.

This continuance is requested to allow time defense counsel to meet personally with Mr. Smith prior to his anticipated change of plea without benefit of a plea agreement. Counsel had planned to meet personally with Mr. Smith on May 7, 2026, but counsel has been advised by Mr. Smith that no in-person meeting will be possible before May 12, 2026.  While a Zoom interview is possible prior to that time, counsel would prefer to discuss the matter with Mr. Smith in person.

The parties agree that all time through the proposed May 18, 2026 status conference/change of plea hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the delay results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: May 6, 2026                    /s/ *Luke Baty*
                                      LUKE BATY
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: May 6, 2026                    /s/ *Eric V. Kersten*
                                      ERIC V. KERSTEN
                                      Attorney for Defendant
                                      BENJAMIN SMITH

## ORDER

**IT IS SO ORDERED**. The status conference/change of plea hearing for Benjamin Smith in Case No. 1:24-CR-00263-KES-BAM is continued to May 18, 2026 at 9:30 a.m. in Courtroom 6.  Time is excluded through May 18, 2026 under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), and the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

   Dated:   May 6, 2026

                                      _____
                                      UNITED STATES DISTRICT JUDGE

Smith: Stipulation to                          -2-
Continue Status Conference