ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
BENJAMIN JAMES SMITH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00263-KES-EPG |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | Date:  September 8, 2026 |
| BENJAMIN JAMES SMITH, | Time:  9:30 a.m. |
| Defendant. | Judge: Hon. Kirk E Sherriff |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Luke Baty, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Benjamin James Smith, that the sentencing hearing in Case No. 1:24-cr-00263-KES-EPG, currently scheduled for August 10, 2026, may be continued to September 7, 2026.

The draft Presentence Investigation Report has been completed, and defense counsel has determined that additional investigation is needed before submitting objections to material contained in that report.

Because this is a sentencing a time exclusion is not required. However, out of an abundance of cautions the parties agree that all time through the proposed September 7, 2026 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§

3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation, and the delay results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: July 7, 2026

/s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff

DATED: July 7, 2026

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
BENJAMIN JAMES SMITH

**ORDER**

**IT IS SO ORDERED**. The sentencing hearing for Benjamin Smith scheduled for August 10, 2026, is continued to **September 8, 2026, at 9:30AM** before District Kirk E. Sherriff in Courtroom 6.

IT IS SO ORDERED.

Dated:   July 7, 2026   

_____
UNITED STATES DISTRICT JUDGE

Smith: Stipulation to
Continue Sentencing

-2-