ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
BENJAMIN JAMES SMITH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BENJAMIN JAMES SMITH,<br>Defendant. | Case No. 1:24-CR-00263-KES-EPG<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Date: October 5, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Kirk E Sherriff |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Luke Baty, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Benjamin James Smith, that the sentencing hearing in Case No. 1:24-cr-00263-KES-EPG, currently scheduled for September 8, 2026, may be continued to October 5, 2026.

The draft Presentence Investigation Report has been completed but a breakdown in communications between defense counsel and defendant makes it impossible to competently file informal objections at this time. This continuance is requested to allow time to determine whether the attorney client relationship can be repaired, or whether a *Marsden* hearing should be scheduled to determine whether new counsel needs to be appointed.

Because this is a sentencing a time exclusion is not required. However, out of an

abundance of cautions the parties agree that all time through the proposed September 8, 2026 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation, and the delay results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: August 10, 2026

/s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff

DATED: August 10, 2026

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
BENJAMIN JAMES SMITH

**ORDER**

**IT IS SO ORDERED**. The sentencing hearing for Benjamin Smith in Case No. 1:24-CR-00263-KES-EPG, previously set for September 8, 2026, is continued to **October 5, 2026, at 9:30 AM before District Judge Kirk E. Sherriff.**

IT IS SO ORDERED.

Dated: August 10, 2026

UNITED STATES DISTRICT JUDGE